# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

QUIANA JOHNSON, *et al.*,            )
                                     )
     **Plaintiff,**                    )     No.  3:10-0726
                                     )     **JUDGE HAYNES**
**v.**                               )
                                     )
**METROPOLITAN GOVERNMENT OF** )
**NASHVILLE DAVIDSON COUNTY,**       )
**TENNESSEE,** *et al.*,              )
                                     )
     **Defendants.**                   )

## O R D E R

The Court has before it the Magistrate Judge's Report and Recommendation (Docket

Entry No. 11) on Plaintiff's motion to remand (Docket Entry No. 7) to which Defendant does not

object.   (Docket Entry No. 9).

After de novo review, the Court **ADOPTS** the Magistrate Judge's Report and

Recommendation and the Plaintiff's motion to remand is **GRANTED.**   This action is

**TRANSFERRED** to the Circuit Court for Davidson County, Tennessee.

It is so **ORDERED**.

**ENTERED** this the ___23rd___ day of September, 2010.

_____
WILLIAM J. HAYNES, JR.
United States in Judge